[Dntcpsca] [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                          Case No. 3:24−bk−00496−BAJ
                                                Chapter 7

Genie Investments NV Inc.


_____Debtor*_____/

Charles Blake Stringer

Nutra−Acres, LLC

        Plaintiff**


vs.                                             Adv. Pro. No. 3:26−ap−00063−BAJ


Genie Investments NV Inc.


_____Defendant**_____/

NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held on July 28, 2026, at 11:00 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202 , before the Honorable Jason A. Burgess, United States Bankruptcy Judge.

2. Parties are reminded to comply with all requirements of Local Rule 7001−1.

3. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess/.

4. Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

FOR THE COURT

Dated: June 5, 2026          Jose A Rodriguez , Clerk of Court

                             Bryan Simpson United States Courthouse
                             300 North Hogan Street
                             Suite 3−150
                             Jacksonville, FL 32202


*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

**References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.