[Dntccnra] [District Notice Cancelling or Rescheduling Hearing / Conference / Trial (AP)]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                          Case No. 3:24–bk–00496–BAJ
                                                                Chapter 7

Genie Investments NV Inc.


_____Debtor*_____/

Charles Blake Stringer



          Plaintiff*


vs.                                                             Adv. Pro. No. 3:26–ap–00063–BAJ


Genie Investments NV Inc.



_____Defendant*_____/

### NOTICE OF RESCHEDULED CONFERENCE

NOTICE IS GIVEN THAT the conference , originally scheduled for July 28, 1026 at 11:00 AM, has been rescheduled.

The conference has been rescheduled and will be held on August 18, 2026 at 11:00 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess/.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073–1.


                          FOR THE COURT
Dated: June 25, 2026      Jose A Rodriguez , Clerk of Court

Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3–150
Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

[*]All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

[**]References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.