**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GENIE INVESTMENTS NV, INC.,                          Case No.: 3:24-bk-00496-BAJ

      Debtor.                                          Chapter 7

---

CHARLES BLAKE STRINGER and
NUTRA-ACRES, LLC,                                    Adv. Pro. No. 3:26-ap-00063-BAJ

      Plaintiffs,

v.

GENIE INVESTMENTS NV, INC.,

      Defendant.

---

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.      The Honorable Jason A. Burgess will conduct a preliminary hearing in this proceeding on **Tuesday, August 18, 2026, at 11:00 a.m**., in the Bryan Simpson United States Courthouse, Courtroom 4A, 4th Floor, 300 North Hogan Street, Jacksonville, Florida 32202, on the following matter:

**MOTION TO DISMISS**
**(Adv. Doc. 10)**

2.      All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

3.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

5.      Parties are reminded to comply with all requirements of Local Rule 7001-1.

87291848;1

Dated: June 25, 2026                    AKERMAN LLP

                                        By: /s/ *Raye C. Elliott*
                                        Raye C. Elliott, Esq.
                                        Florida Bar Number: 018732
                                        Email: raye.elliott@akerman.com
                                        401 East Jackson Street, Suite 1700
                                        Tampa, FL 33602
                                        Phone: (813) 223-7333
                                        Fax: (813) 223-2837
                                        *Attorneys for Aaron R. Cohen, Chapter 7 Trustee*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2026, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

                                        */s/ Raye C. Elliott*
                                        Attorney

2

87291848;1