[Dntchrga] [District Notice of Preliminary Hearing or Status Conference (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Case No. 3:24−bk−00496−BAJ
                                                Chapter 7

Genie Investments NV Inc.


_____Debtor*_____/

Charles Blake Stringer

Nutra−Acres, LLC

        Plaintiff*

vs.                                             Adv. Pro. No. 3:26−ap−00063−BAJ

Genie Investments NV Inc.


_____Defendant*_____/

## NOTICE OF PRELIMINARY HEARING

        NOTICE IS GIVEN THAT:

1. A preliminary hearing in this proceeding will be held on August 18, 2026 , at 11:00 AM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202 on the following matter:

Motion to Intervene As of Right and Request for Expedited Consideration , (Document No. 17). Filed by Interested Party David Choate Hughes, II.

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom available at https://www.flmb.uscourts.gov/judges/burgess/.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this hearing upon announcement made in open court without further notice.

5. Parties are reminded to comply with all requirements of Local Rule 7001−1.

6. Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

FOR THE COURT

Dated: July 22, 2026                      Jose A Rodriguez , Clerk of Court

Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3–150
Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

[*]All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

[**]References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.